No. 84–1181.   NEW YORK v. CLASS.   Ct. App. N. Y.   Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–5786.   MILLER v. FENTON, SUPERINTENDENT, RAHWAY STATE PRISON, ET AL.   C. A. 3d Cir.   Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted.

No. 84–6270.   GREEN ET AL. v. MANSOUR, DIRECTOR, MICHIGAN DEPARTMENT OF SOCIAL SERVICES.   C. A. 6th Cir.   Motions of petitioners for leave to proceed *in forma pauperis* and certiorari granted.

No. 83–138.   GOLD CROSS AMBULANCE CO., INC., ET AL. v. KANSAS CITY ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–825.   CENTRAL IOWA REFUSE SYSTEMS, INC. v. DES MOINES METROPOLITAN AREA SOLID WASTE AGENCY ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 83–1959.   EKLUND v. UNITED STATES; and MARTIN v. UNITED STATES.   C. A. 8th Cir.   Certiorari denied.

No. 83–2098.   SASWAY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 84–360.   SCOTT ET AL. v. CITY OF SIOUX CITY, IOWA, ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 84–378.   GOLDEN STATE TRANSIT CORP. v. CITY OF LOS ANGELES.   C. A. 9th Cir.   Certiorari denied.

No. 84–480.   P. I. A. ASHEVILLE, INC., ET AL. v. NORTH CAROLINA EX REL. THORNBURG, ATTORNEY GENERAL.   C. A. 4th Cir.   Certiorari denied.